Date: 05/14/10        **DIVIDENDS REMITTED TO THE COURT**        Page: 1

Check Number 3004 Dated 05/14/10
Case Number 09-14821 - BANKS, DEBORAH A.

*[handwritten: #3004  R# 1523/8]*

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| United Fin<br>333 Washington Bl v<br>Marina Del Rey, CA 90292 | 000001 | 109.99 | 0.54 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba DILLARD'S<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000003 | 879.25 | 4.27 |
| ---------- Remittance Total --------------- | | 989.24 | 4.81 |

*[signature]*

SHELDON STEIN, BANKRUPTCY TRUSTEE

Printed: 05/14/10 11:01 AM    Ver: 15.08

<span>09-14821-pmc   Doc 31   FILED 05/21/10   ENTERED 05/21/10 11:39:52   Page 1 of 1</span>